**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ROLEX WATCH U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACTION INDUSTRIES, L.L.C., CROWN JEWELERS AND TIMEPIECES LLC, TOMAS JIMENEZ, JR., and ALESSANDRO JIMENEZ, all individually and doing business as "CENTRAL FLORIDA ROLEX", CENTRALFLORIDAROLEX.COM, JACKSONVILLEROLEX.COM, JAXROLEX.COM, AND TAMPAROLEX.COM; UNKNOWN WEBSITES 1-10; UNKNOWN ENTITIES 1-10; and "JOHN DOES" 1-10,<br><br>Defendants. | CIVIL ACTION NO. 6:12-cv-01866-JA-TBS |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Rolex Watch U.S.A, Inc. by and through its undersigned attorneys, pursuant to this Court's June 5, 2013 Show Cause Order (Doc. No. 15), hereby gives Notice of Dismissal With Prejudice of its suit against Defendants, CentralFloridaRolex.com, JacksonvilleRolex.com, JaxRolex.com, TampaRolex.com; unknown websites 1-10; unknown entities 1-10; and "John Does 1-10, pursuant to Fed. R. Civ. P. 41(a)(1).

I hereby certify that on June 11, 2013, I electronically filed the foregoing with the Clerk of the Court by using the

I further certify that I emailed the foregoing document and the notice of electronic filing to Pedro Fernandez, Esq. at pfernandez@fernandez-law.com.

/s/ Stephanie Boomershine
Stephanie Boomershine
Florida Bar No: 0046667
Michael W.O. Holihan
Florida Bar No: 0782165
Holihan Law
1101 North Lake Destiny Road, Suite 275
Maitland, FL 32751
T: (407) 660-8575
F: (407) 660-0510
stephanie.boomershine@holihanlaw.com
